HAMMOND, APPELLANT, *v.* GRANGE MUTUAL CASUALTY COMPANY, APPELLEE.

[Cite as *Hammond v. Grange Mut. Cas. Co.* (1995), 71 Ohio St.3d 651.]

(No. 94–2376—Submitted February 21, 1995—Decided April 5, 1995.)

---

*Dagger, Johnston, Miller, Ogilvie & Hampson* and *Mark R. Riegel,* for appellant.

*Lane, Alton & Horst, Rick E. Marsh* and *William Scott Lavelle,* for appellee.

The discretionary appeal is allowed. The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Zoppo v. Homestead Ins. Co.* (1994), 71 Ohio St.3d 552, 644 N.E.2d 397.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., dissents for the reasons stated in his dissenting opinion in *Zoppo v. Homestead Ins. Co.* (1994), 71 Ohio St.3d 552, 559–562, 644 N.E.2d 397, 402–404.